**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**( PROVIDENCE )**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **VS.** | * | **CASE N. 00-CR-141-ALL** |
| **SAMUEL SANCHEZ** | * | |

**MOTION FOR THE REMAINDER OF DISCOVERY IN THIS CAUSE**

Comes now the defendant,Samuel Sanchez,Pro-se, in the above captioned cause and moves this Honorable court to cause an order for the defendant to be provided with the remainder of discovery in this cause to wit as follows:

(1) Minute entry as to Ramond Anderson : Change of Plea hearing on 1/9/01. **(Doc.30,p:18,19; Doc.123,p:28)**

(2) Minute entry as to Harry J. Burdick : Change of Plea hearing held on 1/12/01. **(Doc.36,p:19; Doc.125,p:28)**

(3) Transcripts of sentencing of Raymond Anderson for dates of 11/13/02. **(Doc.265,p:46)**

(4) Transcripts of sentencing of Harry Burdick / and downward departures. **(Doc.218-224,p:41)**

(5) Transcripts of plea agreement of Gregory J.Floyd.**(Doc.154,156,pp:30,31).**

(6) Transcripts of testimony of co-defendants Raymond Anderson for dates of 2/22/02 **(Doc.193,p:38)**; Gregory J.Floyd, Harry J. Burdick,Ramond Anderson for dates of 2/20-2/22/2002 (bd) [Entry date 07/12/02]. **(Doc.194,p:38). (Thus, Doc. 190-194,p:38)**

(7) Transcripts of trial proceeding. **(Doc 195,p:38.)**

(8) Exhibit list of all evidence in the above captioned cause.**(Doc.176,185,p:37)**

(9) All SEALED DOCUMENTS in this cause. **(Doc,19, 20, 21, 22, 48, 49, 53, 64, 84, 84, 98, 99, 106, 112, 113, 116.)**

(10) Transcripts of video taped interview of Samuel Sanchez(Defendant), Gregory J.Floyd, Raymond Anderson, Harry J.Burdick (#6 above) and Kenneth D.Day, (Doc.36,p:19) (Co-Defendants) upon arrest by State Officials on or about the approximate dates of January 9th - 15th,2000.

The defendant requests this portion of the discovery as he has never been provided with said at any time and is entitled to analyze said in defense and adversarial purposes in future litigation which will also support forthcoming newly discovered evidence in this cause.

As the innocence of the defendant mat be furtherly in question, the interests of justice calls for the granting of this motion with respects to the defendants vital liberty interests.

WHEREFORE, Premisis considered,defendant respectfully prays this court grant this motion in defendants favor.

Respectfully Submitted

On This The 15th day of November, 2006.

SAMUEL SANCHEZ. #04949-070
UNITED STATES PENITENTIARY
P.O.Box#26030
BEAUMONT,TEXAS. 77720-6030

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the United States District Court For The District Of Rhode Island, 250 Benefit Street, Providence, RI 02903, and a copy of the same enclosed to be provided to the appropriate USA Attorney, by placing said in the Prisons US Legal Mail System, first class postage pre-paid and propperly addressed on this the 15th day of November, 2006.

SAMUEL SANCHEZ. #04949-070
UNITED STATES PENITENTIARY
P.O.Box#26030
Beaumont,Texas. 77720-6060.