IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
( PROVIDENCE )

UNITED STATES OF AMERICA *
VS. * CASE N. 00-CR-141-ALL
SAMUEL SANCHEZ *

FILED
NOV 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR THE REMAINDER OF DISCOVERY IN THIS CAUSE**

Comes now the defendant,Samuel Sanchez,Pro-se, in the above captioned cause and moves this Honorable court to cause an order for the defendant to be provided with the remainder of discovery in this cause to wit as follows:

(1) Minute entry as to Ramond Anderson : Change of Plea hearing on 1/9/01. **(Doc.30,p:18,19; Doc.123,p:28)**

(2) Minute entry as to Harry J. Burdick : Change of Plea hearing held on 1/12/01. **(Doc.36,p:19; Doc.125,p:28)**

(3) Transcripts of sentencing of Raymond Anderson for dates of 11/13/02. **(Doc.265,p:46)**

(4) Transcripts of sentencing of Harry Burdick / and downward departures. **(Doc.218-224,p:41)**

(5) Transcripts of plea agreement of Gregory J.Floyd.**(Doc.154,156,pp:30,31).**

(6) Transcripts of testimony of co-defendants Raymond Anderson for dates of 2/22/02 **(Doc.193,p:38)**; Gregory J.Floyd, Harry J. Burdick,Ramond Anderson for dates of 2/20-2/22/2002 (bd) [Entry date 07/12/02]. **(Doc.194,p:38). (Thus, Doc. 190-194,p:38)**

(7) Transcripts of trial proceeding. **(Doc 195,p:38.)**

(8) Exhibit list of all evidence in the above captioned cause.**(Doc.176,185,p:37)**

(9) All SEALED DOCUMENTS in this cause. **(Doc,19, 20, 21, 22, 48, 49, 53, 64, 84, 84, 98, 99, 106, 112, 113, 116.)**

(10) Transcripts of video taped interview of Samuel Sanchez(Defendant), Gregory J.Floyd, Raymond Anderson, Harry J.Burdick (#6 above) and Kenneth D.Day, (Doc.36,p:19) (Co-Defendants) upon arrest by State Officials on or about the approximate dates of January 9th - 15th,2000.

The defendant requests this portion of the discovery as he has never been provided with said at any time and is entitled to analyze said in defense and adversarial purposes in future litigation which will also support forthcoming newly discovered evidence in this cause.

Denied - this case is closed
Ronald R. Lagueux
Sr. USDJ 12/12/06

A